**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |
| PRINCE FASHIONS, INC.,<br><br>                       Plaintiff.<br><br>v.<br><br>60G 542 BROADWAY OWNER, LLC and 542 HOLDING CORP.,<br><br>                       Defendants. | Adv. Proc. No. 19–08714 (RDD) |

## **CERTIFICATE OF SERVICE**

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

       I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

       On November 27, 2019, I served a copy of the *Summons with Notice of Pre-Trial Conference*, issued by the Clerk's Office [Adv. Proc. Doc. No. 2], together with the *Complaint for Declaratory Relief* [Adv. Proc. Doc. No. 1] commencing this adversary proceeding, upon:

        60G 542 Broadway Owner, LLC
        370 7th Ave., Ste 1400
        New York, NY 10001
        Attn: Officer, Managing Agent or General Agent

        542 Holding Corp.
        c/o The Andrews Organization
        666 Broadway, 12th Fl.
        New York, NY 10012
        Attn: Jane Fisher

> Robinson Brog Leinwand Greene et al.
> Counsel to 60G 542 Broadway Owner, LLC
> 875 Third Avenue, 9 Fl.
> New York, NY 10022-0123
> Attn: Steven B. Eichel, Esq.

by first-class mail, by depositing true copies of same, enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
      November 27, 2019

                                                    Paris Gyparakis