UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>         Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |
| PRINCE FASHIONS, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>60G 542 BROADWAY OWNER, LLC and 542 HOLDING CORP.,<br><br>         Defendants. | Adv. Proc. No. 19–08714 (RDD) |

### NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pretrial conference in the above-captioned adversary proceeding, originally scheduled for January 23, 2020 at 10:00 a.m., has been adjourned to **February 14, 2020 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District New York, 300 Quarropas Street, White Plains, NY 10601, Courtroom 118.

Dated: New York, New York
    January 10, 2020

                 **ROSEN & ASSOCIATES, P.C.**
                 *Counsel to Plaintiff*

                 By: _____
                    Paris Gyparakis

                 747 Third Avenue
                 New York, NY 10017-2803
                 (212) 223-1100