**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |
| PRINCE FASHIONS, INC.,<br><br>                Plaintiff.<br><br>v.<br><br>60G 542 BROADWAY OWNER, LLC and 542 HOLDING CORP.,<br><br>                Defendants. | Adv. Proc. No. 19–08714 (RDD) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

      I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

      On February 12, 2020, I mailed a copy of *Plaintiff's Response in Opposition to Defendant's Motion to Dismiss* [Adv. Proc. Doc. No. 15] to the parties whose names and addresses are set forth on the annexed service list by first-class mail, by depositing true copies of same, enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       February 13, 2019

                                                                                    Paris Gyparakis

## Service List

Office of the United States Trustee
U.S. Federal Office Building
201Varick Street, Room 1006
New York, NY 10014-9449
Attn: Paul K. Schwartzberg, Esq.

Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
Attorneys for 60G 542 Broadway
  Owner, LLC
875 Third Avenue, 9th Floor
New York, NY 10022-0123
Attn: Steven Eichel, Esq.

Cohen, Labarbera & Landrigan LLP
99 Brookside Ave.
Chester, NY 10918-1033
Attn: Mr. Ronald Cohen

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Herrick Feinstein LLP
Two Park Ave
New York, NY 10016-9302
Attn: Scott E. Mollen, Esq.

Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279-2800
Attn: Louis G. Adolfsen, Esq.

Warshaw Burstein LLP
575 Lexington Avenue
New York NY 10022
Attn: Bruce H. Wiener, Esq.

Romer Debbas LLP
Attorneys for 542 Holding Corp.
275 Maison Avenue, Suite 801
New York,NY 10016
Attn: Emil A. Samman, Esq.