**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor/Plaintiff*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>                          Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |
| PRINCE FASHIONS, INC.,<br><br>                          Plaintiff,<br><br>v.<br><br>60G 542 BROADWAY OWNER, LLC and<br>542 HOLDING CORP.,<br><br>                         Defendants. | Adv. Proc. No. 19–08714 (RDD) |

## NOTICE OF HEARING ON MOTION FOR LEAVE TO AMEND COMPLAINT

**PLEASE TAKE NOTICE** that a hearing will be held on **October 21, 2020 at 10:00 a.m.** (**prevailing Eastern Time**), before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, to consider the Debtor's *Motion for Leave to Amend Adversary Complaint* [Adv. Proc. Doc. No. 26] filed on August 28, 2020 (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the

Southern District of New York, shall set forth the grounds with specificity, and shall be filed with this Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for this Court) by registered users of this Court's case filing system, and by all other parties in interest on a 3.5" disk or other electronic media, preferably in PDF or any Windows-based word processing format (with a hard copy delivered directly to Judge Drain's chambers) and served in accordance with General Order M-399 upon: (i) Rosen & Associates, P.C., counsel to the Debtor, 747 Third Avenue, New York, NY 10017-2803, Attn.: Sanford P. Rosen, Esq.; (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, New York, NY 10014, Attn.: Paul K. Schwartzberg, Esq.; and (iii) all other parties-in-interest who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, so as to be received no later than **5:00 p.m. on October 14, 2020**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543, the hearing may be conducted telephonically (see General Order M-543 for instructions on how to participate).

Dated: New York, New York
        September 3, 2020

**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor/Plaintiff*

By:  /s/  Sanford P. Rosen
        Sanford P. Rosen
        Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100