# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>                             Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |
| PRINCE FASHIONS, INC.,<br><br>                             Plaintiff.<br><br>v.<br><br>60G 542 BROADWAY OWNER, LLC and 542 HOLDING CORP.,<br><br>                             Defendants. | Adv. Proc. No. 19–08714 (RDD) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

      1.    I am over 18 years of age, reside in New York, New York, and am not a party to this proceeding.

      2.    On September 10, 2020, I served a copy of the: (i) Debtor's *Motion for Leave to Amend Adversary Complaint* [Adv. Proc. Doc. No. 26]; (ii) *Notice of Hearing on Motion for Leave to Amend Complaint* [Adv. Proc. Doc. No. 27]; and (iii) *Corrected Exhibit to Motion to Amend Complaint* [Adv. Proc. Doc. No. 28], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

[*signature page follows*]

Dated: New York, New York
      September 10, 2020

                                                              _____
                                                                              Paris Gyparakis

# SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Paul K. Schwartzberg, Esq.

Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
*Attorneys for 60G 542 Broadway
  Owner, LLC.*
875 Third Avenue, 9th Fl.
New York, NY 10022-0123
Attn: Steven B. Eichel, Esq.

Romer Debbas LLP
*Attorneys for 542 Holding Corp.*
275 Madison Avenue, Suite 801
New York, NY 10016
Attn: Emil A. Samman, Esq.