**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |
| PRINCE FASHIONS, INC.,<br><br>　　　　　　　　　Plaintiff.<br><br>v.<br><br>60G 542 BROADWAY OWNER, LLC and 542 HOLDING CORP.,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 19–08714 (RDD) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

      1.    I am over 18 years of age, reside in New York, New York, and am not a party to this proceeding.

      2.    On November 7, 2020, I served a copy of the: (i) *Second Summons and Notice of Pretrial Conference* [Adv. Proc. Doc. No. 34]; and (ii) *Amended Complaint for Declaratory Relief* [Adv. Proc. Doc. No. 33], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       November 16, 2020

                                                   /s/ Paris Gyparakis
                                                       Paris Gyparakis

# SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Paul K. Schwartzberg, Esq.

Cole Schotz P.C.
*Attorneys for 60G 542 Broadway*
  *Owner, LLC.*
1325 Avenue of the Americas, 19th Fl.
New York, NY 10019
Attn: Nolan E. Shanahan, Esq
    Leo V. Leyva, Esq.
.

Romer Debbas LLP
*Attorneys for 542 Holding Corp.*
275 Madison Avenue, Suite 801
New York, NY 10016
Attn: Emil A. Samman, Esq.