ROMER DEBBAS, LLP
Emil A. Samman
275 Madison Avenue
Suite 801
New York, New York 10016
(212) 888-3100
(212) 888-3201

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                    Chapter 11

PRINCE FASHIONS, INC.,                                      Case No. 19-23079 (RDD)

          Debtor,

PRINCE FASHIONS, INC.                                       Adv. Proc. No. 19-08714 (RDD)

          Plaintiff

v.

60G 542 BROADWAY OWNER, LLC, and
542 HOLDING CORP.,

          Defendants.
-----------------------------------------------------------------X

## NOTICE OF MOTION BY 542 HOLDING CORP.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

**PLEASE TAKE NOTICE**, that upon the annexed motion of 542 Holding Corp., by its attorneys, dated March 1, 2021, a hearing (the "Hearing") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **March 19, 2021 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for an entry of an order dismissing the amended complaint of Prince Fashions, Inc.

1

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the motion, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, with a copy to Chambers, provided, however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov., and served so as to be received by the attorneys for defendant 542 Holding Corp., Romer Debbas, LLP, 275 Madison Avenue, Suite 801, New York, New York 10016, Attention: Emil A. Samman, Esq., and the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10004, Attention: Paul Schwartzberg, Esq. no later than March 11, 2021.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

Dated: March 1, 2021
      New York, New York

                                  ROMER DEBBAS LLP

By:   /s/ Emil A. Samman
       Emil A. Samman (8784)
       275 Madison Avenue
       Suite 801
       New York, New York 10016
       Telephone: (212) 888-3100
       Facsimile: (212) 888-3201
       esamman@romerdebbas.com
       Attorneys for Defendant
       542 Holding Corp.