**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE FASHIONS, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19–23079 (RDD) |
| PRINCE FASHIONS, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>60G 542 BROADWAY OWNER, LLC and<br>542 HOLDING CORP.,<br><br>                Defendants. | Adv. Proc. No. 19–08714 (RDD) |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE AND HEARINGS

**PLEASE TAKE NOTICE** that the: (i) pretrial conference; and (ii) hearings on *60G 542 Broadway Owner, LLCs Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(6)* [Adv. Proc. Doc. Nos. 41-42] and *542 Holding Corp.'s Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(6)* [Adv. Proc. Doc. No. 44] in the above-captioned adversary proceeding, scheduled for March 19, 2021 at 10:00 a.m., have been adjourned to **April 15, 2021 at 10:00 a.m. (prevailing Eastern Time),** before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District New York, 300 Quarropas Street, White Plains, NY 10601.

        **PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543, the hearings may be conducted telephonically. Please reference the Court's website: http://www.nysb.uscourts.gov and General Order M-543 for instructions on how to participate.

*[signature page follows]*

Dated: New York, New York
March 12, 2021

ROSEN & ASSOCIATES, P.C.
*Counsel to the Debtor/Plaintiff*

By: /s/ *Sanford P. Rosen*
　　　Sanford P. Rosen
　　　Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100