**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

Prince Fashions, Inc.,

                      Debtor.

Chapter 11
Case No. 19-23079 (LGB)

------------------------------------------------------------X
Prince Fashions, Inc.,

                      Plaintiff,

    -against-

60G 542 Broadway Owner, LLC and
542 Holding Corp.,

                      Defendants.

Adv. Pro. No. 19-08714 (LGB)

------------------------------------------------------------X

## SCHEDULING ORDER

**WHEREAS**, the Court entered a Stipulation and Order pursuant to which Prince Fashions, Inc. (the "Plaintiff"), 60G 542 Broadway Owner, LLC ("Defendant 60G"), and 542 Holding Corp. ("Defendant Holding Corp.," and together, with Defendant 60G, the "Defendants") consented to a scheduling order which set deadlines for fact discovery and expert discovery and scheduled a pre-trial conference [ECF No. 73]; and

**WHEREAS**, between November 8, 2023 and November 12, 2023, the Court received a series of letters from Defendant 60G and the Plaintiff seeking the Court's intervention with respect to outstanding discovery matters; and

1

**WHEREAS**, the Court held a discovery conference on November 15, 2023 via Zoom for Government (the "Discovery Conference") at which the Plaintiff and Defendants (collectively, the "Parties") were all present; and

**WHEREAS**, at the Discovery Conference, the Parties discussed a revised schedule for the completion of all fact and expert discovery.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The deadline for the Parties to complete all fact discovery is adjourned to January 16, 2024, including the following discovery discussed at the Discovery Conference:

    a. A Federal Rule 30(b)(6) deposition of the Plaintiff, as well as individual depositions of shareholders Doron Zabari and Eyal Zabari;

    b. A Federal Rule 30(b)(6) deposition of Defendant 60G, as well as individual depositions of Bastien Broda and Kevin Chisholm;

    c. A Federal Rule 30(b)(6) deposition of Defendant Holding Corp, as well as individual depositions of Edward Oberwager and Pierluigi Consagra (the "Former Board Members");

    d. To the extent that the Former Board Members are not designated by Defendant Holding Corp. under Federal Rule 30(b)(6), subpoenas pursuant to Federal Rule 45 must be served by Plaintiff on the Former Board Members regarding the depositions of, and the production of documents by, the Former Board Members.

    e. The depositions of, and the production of documents by, any other non-parties, including Jeffrey Kaplan, Timothy Yantz, and 542 Broadway Lender, LLC, after the service of a subpoena on any such non-parties pursuant to Federal Rule 45.

2. The deadline for the Parties to exchange disclosures of the identity of any expert witness who may give expert testimony pursuant to Federal Rule 26 is adjourned to January 2, 2024.

3. The deadline for the Parties to exchange written expert reports pursuant to Federal Rule 26 is adjourned to January 25, 2024.

4. The deadline for the Parties to complete expert discovery pursuant to Federal Rule 26 is adjourned to February 29, 2024.

5. All depositions will occur in person, unless the parties otherwise agree to have a particular deposition occur through videoconferencing. Notwithstanding the foregoing, if Mr. Doron Zabari, who is currently out of the country, is unable to return to the United States to be deposed in person, his deposition will be taken through videoconferencing prior to the fact discovery cutoff date of January 16, 2024.

6. The pre-trial conference, currently scheduled for December 13, 2023, is adjourned to January 17, 2024 at 10:00 a.m. via Zoom for Government.

7. This Order may not be modified, or the dates herein extended, except by further order of this Court for good cause shown.

Dated: November 16, 2023
      New York, New York

                                                */s/ Lisa G. Beckerman*
                                                HONORABLE LISA G. BECKERMAN
                                                UNITED STATES BANKRUPTCY JUDGE